DISABILITY RIGHTS NEW YORK

 www.drny.org   mail@drny.org   518-432-7861

July 1, 2020

Hon. Christian F. Hummel
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re:   Disability Rights New York v. NYS DOCCS et al.
      Case No. 1:18-cv-980 (GTS/CFH)

Dear Hon. Hummel:

Disability Rights New York (DRNY), counsel for Plaintiff, and Defendants jointly submit this letter to provide an update on the above-captioned matter pursuant to this Court's text order dated May 1, 2020. Dkt. 65.

Parties agree that discovery is on track for completion by September 30, 2020. Plaintiffs are prepared to notice Defendants of their Rule 30(b)(6) deposition to be completed by the discovery deadline.

Sincerely,

/s/ Brandy L. L. Tomlinson (Bar Roll # 519794)
Disability Rights New York
Counsel for Plaintiff

ALBANY
725 Broadway, Suite 450
Albany, NY 12207-5001

BROOKLYN
25 Chapel St, Suite 1005
Brooklyn, NY 11201

ROCHESTER
44 Exchange Blvd, Suite 110
Rochester, NY 14614

TTY: 518-512-3448
Fax: 518-427-6561
Toll Free: 1-800-993-8982